Attention: Drew

# Edward W. Miller
Attorney at Law
575 Lexington Avenue, Suite 2840
New York, New York 10022

(212) 758-1625
Fax: (212) 888-3182

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```

September 6, 2007

Hon. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

      Re: *Zucker, et al. v. Big Lake Services Company, LLC, et al.*
          07 Civ. 7815

Your Honor:

    This letter is written to inform the Court that the parties in the above captioned matter are involved in settlement negotiations. Accordingly, the parties have agreed to stay the case pending further developments and request an indefinite adjournment of the case including adjournment of the due dates of September 6, 2007 for Plaintiff's Memorandum of Law, September 10, 2007 for Defendants' Answering Papers and Hearing scheduled for September 11, 2007.

    In the event that these discussions are successful, plaintiff will file a dismissal with prejudice of the action with the Court. In the event that settlement is not reached, we will contact the Court and request that the above matters be once again scheduled and that the matter proceed.

                                          Respectfully,

                                          Edward Miller
                                          Edward W. Miller (EM8489)

cc: David H. Smith

*[Handwritten memo endorsement:]* But scheduled hearing on preliminary injunction for September 11 is vacated. The order to show cause is vacated without prejudice to movant's ability to seek the same relief in the event settlement discussion fail. SO ORDERED. [signature] USDJ 9-6-07