USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL ZUCKER, ZALMAN ANDERSON,
YS TRUST, SHOSHANA TRUST, 731 895 866 LLC,
PENSION SOLUTIONS, ANNA MEISHER
PENSION PLAN, LAWRENCE CLARKE and
CHARLES SALTZ,

                      Plaintiffs,

    -against-

BIG LAKE SERVICES COMPANY LLC
and BIG LAKE MANAGEMENT LLC.,

                      Defendants.
------------------------------------------------------------x

07 Civ. 7815 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        Plaintiffs, who include 731 895 866 LLC (the "Plaintiff LLC"), bring this action against defendants, each of whom is a limited liability company (the "Defendant LLCs"), invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If the Plaintiff LLC and the Defendant LLCs are, indeed, a limited liability companies, as their names would imply, then the complaint must allege the citizenship of natural persons who are members of the limited liability companies and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company. By October 19, 2007, plaintiffs shall amend their pleadings to allege the citizenship of each constituent person or entity of each LLC. See Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51-52 (2d Cir. 2000), citing Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir.1998); Strother v. Harte, 171 F.Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If plaintiffs are unable to amend by the foregoing date to truthfully allege complete diversity

based upon the citizenship of each constituent person or entity of the Plaintiff LLC and the Defendant LLCs, then the complaint will be dismissed for lack of subject matter jurisdiction.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 10, 2007