UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL ZUCKER, ZALMAN ANDERSON,
YS TRUST, SHOSHANA TRUST,
731 895 866 LLC, PENSION SOLUTIONS,
ANNA MEISHER PENSION PLAN, LAWRENCE
CLARKE, and CHARLES SALTZ,

                Plaintiffs,

-against-

BIG LAKE SERVICES COMPANY, LLC,
and BIG LAKE MANAGEMENT, LLC,

                Defendants.

07 Civ. 7815 (PKC)

**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of defendants Big Lake Services Company, LLC and Big Lake Management, LLC and requests that pursuant to Rule 5 of the Federal Rules of Civil Procedure copies of all pleasdings, papers and other materials relevant to this action be directed and served on the following:

        Steven Altman (SA-5405)
        Altman & Company P.C.
        260 Madison Avenue, 22nd Floor
        New York, New York 10016

New York, New York
September 25, 2007

ALTMAN & COMPANY P.C.

By: _____
    Steven Altman (SA-5405)
260 Madison Avenue, 22nd Floor
New York, New York 10016
(212) 683-7600
Attorneys for Defendants
    Big Lake Services Company, LLC and
Big Lake Management, LLC