EDWARD W. MILLER
575 Lexington Avenue, Suite 2840
New York, New York 10022
(212) 758-1625

Attorney for Plaintiffs Daniel Zucker, Zalman Anderson, YS Trust, Shoshana Trust, 731 895 866 LLC, Pension Solutions, Anna Meisher Pension Plan, Lawrence Clarke and Charles Saltz.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL ZUCKER, ZALMAN ANDERSON,     )
YS TRUST, SHOSHANA TRUST,           )
TRUST, 731 895 866 LLC, PENSION     )       07 Civ. 7815 (PKC)
SOLUTIONS, ANNA MEISHER             )
PENSION PLAN, LAWRENCE              )
CLARKE and CHARLES SALTZ,           )
                                    )       **VOLUNTARY**
                                    )       **DISMISSAL**
              Plaintiffs,           )
                                    )
       against                      )
                                    )
BIG LAKE SERVICES COMPANY,          )
LLC, and BIG LAKE MANAGEMENT        )
LLC,                                )
                                    )
              Defendants.           )
------------------------------------------------------------x

     Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiffs Daniel Zucker, Zalman Anderson, YS Trust, Shoshana Trust, 731 895 866 LLC, Pension Solutions, Anna Meisher Pension Plan, Lawrence Clarke and Charles Saltz dismisses this action without prejudice.

Dated: New York, New York
       October 18, 2007

1

*[signature: Edward Miller]*

EDWARD W. MILLER (8489)
Attorney for Plaintiffs
575 Lexington Avenue, Suite 2840
New York, New York 10022
(212) 758-1625

**SO ORDERED:**

*[signature]*

U.S.D.J.

10-22-07